ALBANY,
October, 1830.

Jackson
v.
Phœnix Bank.

JACKSON, ex. dem. Palmer, *vs.* COE.

A party in an action of *ejectment* commenced previous to the revised statutes going into effect, in the name of the *nominal* plaintiff, is not entitled to a *new trial* according to the provisions of those statutes.

MOTION for a new trial in action of ejectment on offer to pay costs and damages.   By the revised statutes, a judgment in ejectment rendered upon verdict is declared to be *conclusive,* as to the title established in such action, upon the party against whom it is rendered ; the court, however, in which the judgment is rendered, is required to vacate the judgment and grant a new trial upon the *application,* within three years after judgment, of the party against whom the same is rendered, and upon the *payment* by him of all costs and damages recovered thereby ; and after a second judgment, the court on subsequent application made within two years after such judgment, may vacate it and grant *another* new trial, if satisfied that justice will be thereby promoted and the rights of the parties more satisfactorily ascertained and established. 2 *R. S.* 309, § 36 and 37.   The action *in this* case having been commenced previous to the revised statutes taking effect, and in the form heretofore used in the name of a *nominal* plaintiff, Mr. Justice SUTHERLAND decided that the provisions of the statutes relative to new trials in actions of ejectment were inapplicable to suits commenced previous to those statutes going into operation, and denied the motion.